# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>SAMUEL BROWN<br>ELONDIA BROWN<br>Debtor(s) | Case No. 16-01513 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/19/2016.

2) The plan was confirmed on 03/03/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/12/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/28/2018.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $5,297.00
    Less amount refunded to debtor    $0.00

**NET RECEIPTS:**    **$5,297.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $741.90
    Court Costs    $0.00
    Trustee Expenses & Compensation    $247.37
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$989.27**

Attorney fees paid and disclosed by debtor:    $20.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | NA | 1,021.12 | 1,021.12 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP #15 | Unsecured | NA | 639.13 | 639.13 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,500.00 | 1,833.27 | 1,833.27 | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EAGLE RECOVERY ASSOC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1.00 | 12,115.67 | 12,115.67 | 0.00 | 0.00 |
| FIRST FINANCIAL INVESTMENT FUN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL INVESTMENT FUN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FUTURE FINANCE CO | Unsecured | NA | 2,123.07 | 2,123.07 | 0.00 | 0.00 |
| FUTURE FINANCE CO | Secured | 3,080.00 | 1,317.00 | 1,317.00 | 1,317.00 | 22.10 |
| GLOBAL PAYMENTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Hari K Agrawal MD SC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 1.00 | 81.60 | 81.60 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 508.03 | 508.03 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Marianjoy Medical Group | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ASSOCIATES IN NEUROLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 1.00 | 157.84 | 157.84 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Secured | 6,875.00 | 15,079.77 | 6,875.00 | 2,501.82 | 466.81 |
| NICHOLAS FINANCIAL INC | Unsecured | 1,217.00 | NA | 8,204.77 | 0.00 | 0.00 |
| Noel Alcantara | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1.00 | 1,340.17 | 1,340.17 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 158.00 | 1,436.13 | 1,436.13 | 0.00 | 0.00 |
| PROACTIV | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 0.00 | 4,549.00 | 4,549.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 3,036.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1.00 | 1,886.98 | 1,886.98 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENT | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | NA | 109,062.43 | 109,062.43 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 24,025.00 | 52,714.62 | 52,714.62 | 0.00 | 0.00 |
| VANGUARD MEDICAL GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Vanguard West Suburban Medical | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Unsecured | 6,407.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,192.00 | $3,818.82 | $488.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,192.00** | **$3,818.82** | **$488.91** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $508.03 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$508.03** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$197,165.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $989.27 |
| Disbursements to Creditors | $4,307.73 |
| **TOTAL DISBURSEMENTS:** | **$5,297.00** |

**UST Form 101-13-FR-S (09/01/2009)**

Case 16-01513    Doc 52    Filed 03/28/18    Entered 03/28/18 12:02:11    Desc Main
Document      Page 3 of 4

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/28/2018                    By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**